Dennis Chavez Federal Building and United States Courthouse
500 Gold Avenue SW, 10th Floor
PO Box 546
Albuquerque, NM 87103−0546
505−348−2500/866−291−6805
www.nmb.uscourts.gov

Case No.:   12−11301−t13
Chapter:   13
Judge:   David T. Thuma
Judge/341 Location:   TS

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

**In re Debtor(s):**

Johnny Albert Valencia
 aka Juan Valencia
04 Sierrita de Valencia
Glorieta, NM 87535
SSN/ITIN(if any): xxx−xx−1489

Rosalinda Patricia Valencia
 aka Linda Valencia
04 Sierrita de Valencia
Glorieta, NM 87535
SSN/ITIN(if any): xxx−xx−9352

## NOTICE OF CASE CLOSED WITHOUT
## DISCHARGE AS TO ROSALINDA PATRICIA VALENCIA and JOHNNY ALBERT VALENCIA

This case has been closed without entry of discharge because the debtor has not met the requirements for discharge.

Norman H. Meyer, Jr.
Clerk of Court

nm_closenoodsc.jsp